1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  A Professional Law Corporation
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiff GAREN WIMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAREN WIMER, ) | **CASE NO. 1:07-CV-01333-LJO-DLB** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REASSIGNING CASE TO SACRAMENTO** |
| v. ) | **DIVISION** |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| DANIEL D. EISZELLE, an individual; and ) | |
| STATE OF CALIFORNIA DEPARTMENT ) | |
| OF TRANSPORTATION ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |

Plaintiff Garen Wimer, by and through his attorney of record, and the United States of America, by and through its attorney, hereby stipulate to and respectfully request that this matter be reassigned to a judicial officer in the Sacramento Division of this Court.

Plaintiff's action involves a vehicular accident which occurred near the City of Red Bluff in Tehama County.  It is believed that those individuals involved in the subject incident all reside and/or work in and around Tehama County.  Accordingly, it may prove a hardship for these individuals to travel to and from Fresno, a distance of approximately 300 hundred miles for

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE TO SACRAMENTO DIVISION        1

purposes of this litigation.  Accordingly, for the convenience of the parties, counsel is requesting that this matter be transferred to a Judge in the Sacramento Division for all further proceedings.

Respectfully submitted,

Dated: January 7, 2008         THOMAS E. FRANKOVICH
                               *A PROFESSIONAL LAW CORPORATION*


                               By:     /s/ Thomas E. Frankovich
                                       Thomas E. Frankovich
                               Attorneys for Plaintiff GAREN WIMER


Dated: December 4 , 2007       UNITED STATES ATTORNEY


                               By:     /s/ Jeffrey L. Lodge
                                       Jeffrey J. Lodge
                               Attorneys for the UNITED STATES OF AMERICA

## **ORDER**

For good cause appearing,  this matter is properly to be transferred and reassigned to Judicial Officers within the Sacramento Division for all further purposes.

IT IS SO ORDERED.

**Dated:   January 8, 2008**                  **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE